United States District Court
Southern District of Texas
**ENTERED**
September 19, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREG AYALA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2536 |
| | § | |
| FOREMOST INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER TRANSFERRING CASE

This case was filed in the 139th Judicial District Court of Texas, in Hidalgo County, and Defendant filed a Notice of Removal to remove the case to the United States District Court for the Southern District of Texas, McAllen Division. By some clerical or administrative error, the case was mistakenly filed in the Houston Division of this Court rather than the McAllen Division, which properly has venue. Accordingly, it is

ORDERED that this case is TRANSFERRED to the McAllen Division of this Court, where Defendant properly intended that it be removed.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 18TH day of September, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE